### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMIE JOHN NICHOLS** | **:** | **CIVIL ACTION** |
| | **:** | **NO. 12-2211** |
| **v.** | **:** | |
| | **:** | |
| **ROBERT HINCKLEY and JACK D.** | **:** | |
| **LIPPART** | **:** | |

### ORDER

AND NOW, this 27th day of June, 2012, upon consideration of plaintiff Jamie John Nichols's ("Nichols") *pro se* complaint and motion to proceed *in forma pauperis*, and for the reasons stated in the attached memorandum of today's date, it is **ORDERED** that:

1.     The motion to proceed *in forma pauperis* (paper no. 1) is **GRANTED**.

2.     The claims under 18 U.S.C. §§ 241 & 242, and Nevada Revised Statute 197.200 are **DISMISSED** with prejudice.

3.     The claims under 42 U.S.C. § 1983 and for constructive treason against Jack D. Lippart are **DISMISSED** with prejudice.

4.     The claims under 42 U.S.C. § 1983 against Robert Hinckley are **DISMISSED** without prejudice.  Nichols is given leave to file an amended complaint within thirty days of the date of this Order.  If he files an amended complaint, the Clerk of the Court shall not serve the amended complaint until ordered by the Court.

5.     The Clerk of the Court is directed to send a copy of the Court's Memorandum and Order to both the Arizona address and the Pennsylvania address listed on the first page of the complaint.  Nichols shall promptly notify the Court of the address to be used for notices.

6.     This case shall be marked **CLOSED** statistically.

/s/ Norma L. Shapiro
_____

J.