IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMIE JOHN NICHOLS** | : | **CIVIL ACTION** |
| | : | **NO. 12-2211** |
| v. | : | |
| | : | |
| **ROBERT HINCKLEY and JACK D. LIPPART** | : | |
| | : | |

### ORDER

AND NOW, this 15th day of August, 2012, upon consideration of plaintiff Jamie-John Nichols's ("Nichols") *pro se* amended criminal complaint, and for the reasons stated in the attached Memorandum of today's date, it is **ORDERED** that:

1. All claims asserted in the amended criminal complaint are **DISMISSED** with prejudice.

2. The Clerk of the Court is directed to serve a copy of the Court's Memorandum and Order to the address provided by Mr. Nichols:

> Jamie-John [Nichols]
> 1st floor apt
> 228 East Avon Road
> Parkside, Pennsylvania [19015]

3. The action will remain closed.

/s/ Norma L. Shapiro
_____
J.